```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 06108
   JAMES L MORRIS
   BETTY J CURRY MORRIS                       CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-5876     SSN XXX-XX-4050

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/05/2007 and was not confirmed.

     The case was dismissed without confirmation 10/11/2007.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
FORD MOTOR CREDIT        SECURED VEHIC          .00           .00            .00
WASHINGTON MUTUAL        CURRENT MORTG          .00           .00            .00
WELLS FARGO AUTO FINANCE SECURED NOT I          .00           .00            .00
WELLS FARGO FINANCIAL IN UNSECURED         19657.44           .00            .00
ADVOCATE TRINITY HOSPITA UNSECURED           952.00           .00            .00
CHARMING SHOPPES         UNSECURED            64.61           .00            .00
CITY OF CHICAGO EMS      UNSECURED        NOT FILED           .00            .00
HEALTHCARE ASSOC CREDIT  UNSECURED            364.10          .00            .00
HOLY CROSS HOSPITAL      UNSECURED        NOT FILED           .00            .00
RUSH UNIVERSITY MEDICAL  UNSECURED        NOT FILED           .00            .00
COMMONWEALTH EDISON      UNSECURED        NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE UNSECURED        NOT FILED           .00            .00
ROSELAND COMMUNITY HOSPA UNSECURED        NOT FILED           .00            .00
WELLS FARGO FINANCIAL BA UNSECURED           2478.04          .00            .00
WASHINGTON MUTUAL        SECURED NOT I       804.01           .00            .00
ROBERT J SEMRAD & ASSOC  REIMBURSEMENT       454.00           .00         345.50
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY       2,500.00                          .00
TOM VAUGHN               TRUSTEE                                           23.62
DEBTOR REFUND            REFUND                                           184.56

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    553.68

PRIORITY                                           345.50
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                23.62
DEBTOR REFUND                                      184.56
                         --------------       --------------
TOTALS                     553.68                  553.68

                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 06108 JAMES L MORRIS & BETTY J CURRY MORRIS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/28/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |